In re  **Abel Rodriguez, Jr.**                                              Case No. _____
                                       Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>ABC Financial Services Inc.<br>PO Box 6800<br>Sherwood, AR 72124 | | - | Membership dues | | | X | 240.00 |
| Account No. *121419274933*<br><br>American General Finance<br>12625 Frederick St. Ste E3<br>Moreno Valley, CA 92553 | | - | Credit Card | | | | 3,108.00 |
| Account No. *0557055101*<br><br>Arcadia Financial<br>PO Box 4367<br>Carol Stream, IL 60197 | | - | 1998<br>1998 Dodge Durango/Automobile currently at Hemet Chrysler Center at 1950 W. Florida Ave. Hemet CA | | | | 19,995.00 |
| Account No. *5758609*<br><br>Arrow Financial Services c/o<br>Robert T. Harris<br>1445 Huntington Drive Suite 300<br>South Pasadena, CA 91030 | | - | 2001<br>Loan | | | | 1,128.00 |
| _2_ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 24,471.00 |

In re  *Abel Rodriguez, Jr.*                                                          Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6019180100105192 <br><br> Bank One c/o <br> Rosen and Loeb <br> 16000 Ventura Boulevard <br> Suite 1150 <br> Encino, CA 91436 | | - | 2000 <br> Credit card | | | | 1,128.00 |
| Account No. 7753012004566153 <br><br> Goodyear <br> PO Box 5032 <br> Sioux Falls, SD 57117-5032 | | - | 2001 <br> Services | | | | 584.00 |
| Account No. <br><br> Hemet Chrysler Center <br> 1950 W. Florida Ave. <br> Hemet, CA 92545 | | - | 9-01 <br> Automobile repairs | | | | 223.00 |
| Account No. 635266296-6 <br><br> JC Penney <br> PO box 27570 <br> Albuquerque, NM 87125 | | - | 2001 <br> Credit Card | | | | 1,036.00 |
| Account No. <br><br> Paradigm Recovery <br> 18720 Van Buren Blvd. #C <br> Riverside, CA 92508 | | - | 2002 <br> Repposession fees | | | | 350.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)     **3,321.00**

In re **Abel Rodriguez, Jr.** , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9093137187<br><br>Smartel<br>PO Box 608<br>Corona, CA 92878 | | - | 2000<br>Telephone service | | | | 962.00 |
| Account No.<br><br>Vons Credit Union<br>PO Box 513338<br>Los Angeles, CA 90051 | | - | 2001<br>Loan | | | | 1,601.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 2,563.00 |
| Total<br>(Report on Summary of Schedules) | 30,355.00 |