In re  **Abel Rodriguez, Jr.**                                                                Case No. _____
_____,
                                    Debtor

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE ||||
|---|---|---|---|
| | NAMES | | AGE | RELATIONSHIP |
| **Single** | *Junior Abel Rodriguez* | | *4 months* | *Son* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Meat Clerk* | |
| Name of Employer | *Vons* | |
| How long employed | | |
| Address of Employer | *Hemet, CA* | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ *2,561.00* | $ *N/A* |
| Estimated monthly overtime | $ *0.00* | $ *N/A* |
| SUBTOTAL | $ *2,561.00* | $ *N/A* |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ *546.00* | $ *N/A* |
| b. Insurance | $ *0.00* | $ *N/A* |
| c. Union dues | $ *26.00* | $ *N/A* |
| d. Other (Specify) *Child Support Garnishment* | $ *502.00* | $ *N/A* |
| | $ *0.00* | $ *N/A* |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ *1,074.00* | $ *N/A* |
| TOTAL NET MONTHLY TAKE HOME PAY | $ *1,487.00* | $ *N/A* |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ *0.00* | $ *N/A* |
| Income from real property | $ *0.00* | $ *N/A* |
| Interest and dividends | $ *0.00* | $ *N/A* |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ *0.00* | $ *N/A* |
| Social security or other government assistance (Specify) _____ | $ *0.00* | $ *N/A* |
| | $ *0.00* | $ *N/A* |
| Pension or retirement income | $ *0.00* | $ *N/A* |
| Other monthly income (Specify) _____ | $ *0.00* | $ *N/A* |
| | $ *0.00* | $ *N/A* |
| TOTAL MONTHLY INCOME | $ *1,487.00* | $ *N/A* |

TOTAL COMBINED MONTHLY INCOME    $ *1,487.00*                    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: