# United States Bankruptcy Court
## Central District of California

In re  **Abel Rodriguez, Jr.**                                        Case No. _____
                              Debtor(s)                                Chapter  **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **15** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 7, 2002**                              Signature  _/s/ Abel Rodriguez, Jr._
                                                              Abel Rodriguez, Jr.
                                                              Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.