# United States Bankruptcy Court
## Central District of California

In re  **Abel Rodriguez, Jr.**

Debtor

Case No. _____

Chapter _____ 7 _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

Description of Property

Creditor's name

**NONE.**

*b. Property to Be Retained.*

*[Check any applicable statement.]*

| Description of property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| **NONE.** | | | | |

Date  **March 7, 2002**

Signature _____

**Abel Rodriguez, Jr.**
Debtor

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037