Verification of Creditor Mailing List - (Rev. 4/01)                                                    2001 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name       *Carey C. Pickford 149162*

Address    *41593 Winchester Road Suite 201 Temecula, CA 92590*

Telephone  *(909)296-6586 Fax: (909)296-6590*

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 6 years: *Abel Rodriguez, Jr.* *AKA Abel Rodriguez* | Case No. |
| --- | --- |
| | Chapter    7 |

Social Security No.  *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*   Debtor
Social Security No.  _____  Joint Debtor
Debtor(s) EIN No.    _____

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __3__ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: *March 7, 2002*

*Abel Rodriguez, Jr.*
Signature of Debtor