Abel Rodriguez, Jr.
41323 Collegian WY
Hemet, CA 92544


Carey C. Pickford 149162
Pickford Law Office
41593 Winchester Road
Suite 201
Temecula, CA 92590


US Trustee
3420 Twelfth Street
Riverside, CA 92501

ABC Financial Services Inc.
PO Box 6800
Sherwood, AR 72124


American General Finance
12625 Frederick St. Ste E3
Moreno Valley, CA 92553


Arcadia Financial
PO Box 4367
Carol Stream, IL 60197


Arrow Financial Services c/o
Robert T. Harris
1445 Huntington Drive Suite 300
South Pasadena, CA 91030


Bank One c/o
Rosen and Loeb
16000 Ventura Boulevard
Suite 1150
Encino, CA 91436


Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-2021


Goodyear
PO Box 5032
Sioux Falls, SD 57117-5032


Hemet Chrysler Center
1950 W. Florida Ave.
Hemet, CA 92545


Internal Revenue Service
Special Procedures
PO Box 30213
Laguna Nigel, CA 92607-0203

JC Penney
PO box 27570
Albuquerque, NM 87125


Paradigm Recovery
18720 Van Buren Blvd. #C
Riverside, CA 92508


Smartel
PO Box 608
Corona, CA 92878


Vons Credit Union
PO Box 513338
Los Angeles, CA 90051