Form B18 (Official Form 18)
(1/98)

# United States Bankruptcy Court
# Central District of California

3420 Twelfth Street, Riverside, CA 92501-3819

## DISCHARGE OF DEBTOR
## IN A CHAPTER 7 CASE

FILED
JUN 2 5 2002
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                 Deputy Clerk

ENTERED
JUN 2 5 2002
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                 Deputy Clerk

**DEBTOR(S) INFORMATION:**
RODRIGUEZ JR, ABEL
SSN: 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
EIN: N/A
AKA  RODRIGUEZ, ABEL
41323 COLLEGIAN WY
HEMET, CA 92544

**BANKRUPTCY NO.** RS 02-14208-MG

**CHAPTER 7**

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Date: June 25, 2002

BY THE COURT,

**Jon D. Ceretto**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

(Form rev. 1/98)  VAN-30

29 /MCD

000093

Form B18 Continued
(1/98)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [*In a case involving community property:*] [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed whether the debt was included in the schedules or omitted from them. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are.

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Any party may request reopening of a bankruptcy case to determine whether a particular debt was included within the scope of the discharge. In re Beezley, 994 F. 2d 1433 (9th Cir. 1993). Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

**BAE SYSTEMS**
11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

```
District/off: 0973-6        User: MCD            Page 1 of 1              Date Rcvd: Jun 25, 2002
Case: 02-14208-MG           Form ID: VAN-30      Total Served: 20
```

```
The following entities were served by first class mail on Jun 27, 2002.
D         RODRIGUEZ JR, ABEL,     41323 COLLEGIAN WY,   HEMET, CA 92544
DA        CAREY C PICKFORD,   41593 WINCHESTER RD STE 201,   TEMECULA, CA 92590
T         STEVEN M SPEIER,    3403 TENTH ST, SUITE 742,   Riverside, CA 92501
1         FRANCHISE TAX BOARD,   ATTN: BANKRUPTCY,   P. O. BOX  2952,   SACRAMENTO, CA 95812-2952
2         EMPLOYMENT DEVELOPMENT DEPARTMENT,   BANKRUPTCY GROUP MIC 92E,   P.O. BOX 826880,
          SACRAMENTO, CA 94280-0001
3        +UNITED STATES TRUSTEE,   3420 12TH STREET, ROOM 200,   RIVERSIDE, CA 92501-3801
5         ABC FINANCIAL SERVICES INC,   PO BOX 6800,   SHERWOOD, AR 72124
6         AMERICAN GENERAL FINANCE,   12625 FREDERICK ST. STE E3,   MORENO VALLEY, CA 92553
7         ARCADIA FINANCIAL,   PO BOX 4357,   CAROL STREAM, IL 60197
8         ARROW FINANCIAL SERVICES C/O,   ROBERT T. HARRIS,   1445 HUNTINGTON DRIVE SUITE 300,
          SOUTH PASADENA, CA 91030
9         BANK ONE C/O ROSEN AND LOEB,   16000 VENTURA BOULEVARD,   SUITE 1150,   ENCINO, CA 91436
10       +FRANCHISE TAX BOARD,   PO BOX 942867,   SACRAMENTO, CA 94267-0001
11       +GOODYEAR,   PO BOX 5032,   SIOUX FALLS, SD 57117-5032
12        HEMET CHRYSLER CENTER,   1950 W. FLORIDA AVE.,   HEMET, CA 92545
14        JC PENNEY,   PO BOX 27570,   ALBUQUERQUE, NM 87125
15        PARADIGM RECOVERY,   18720 VAN BUREN BLVD.#C,   RIVERSIDE, CA 92508
16        SMARTEL,   PO BOX 608,   CORONA, CA 92878
17        VONS CREDIT UNION,   PO BOX 513338,   LOS ANGELES, CA 90051

The following entities were served by electronic transmission on Jun 26, 2002 and receipt of the transmission
was confirmed on:
4         EDI: IRS.COM Jun 26 2002 07:03:00     INTERNAL REVENUE SERVICE,   P. O.  BOX  30213,
          LAGUNA NIGUEL, CA 92607-0213
13       +EDI: IRS.COM Jun 26 2002 07:03:00     INTERNAL REVENUE SERVICE,   SPECIAL PROCEDURES,   PO BOX 30213,
          LAGUNA NIGEL, CA 92607-0213
14        EDI: TSYS.COM Jun 26 2002 07:02:00    JC PENNEY,   PO BOX 27570,   ALBUQUERQUE, NM 87125
                                                                                        TOTAL: 3

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Jun 27, 2002        Signature: *Joseph Speetjens*